■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD LINSTER, Appellant. [990 NYS2d 858]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Grella, J.), rendered March 21, 2013, convicting him of robbery in the third degree and grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348 [2007]), we accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

Contrary to the defendant's contention, he was not deprived of the effective assistance of counsel, as defense counsel provided meaningful representation (*see People v Benevento*, 91 NY2d 708 [1998]; *People v West*, 105 AD3d 781 [2013]; *People v Prescott*, 63 AD3d 1090 [2009]; *People v Velez*, 197 AD2d 651, 652 [1993]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80, 85-86 [1982]). Rivera, J.P., Roman, Sgroi and LaSalle, JJ., concur.